AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

United States of America
v.
Marion Simuel

Case No: 4:15CR00094-01

USM No: 19350-021

Date of Original Judgment: December 2, 2015
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Tina M. Hesse
*Defendant's Former Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____157 months_____ **is reduced to** _____150 months*_____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* The reduced sentence is comprised of a term of 30 months as to Count 3 and 120 months as to Count 2, to be served consecutively, to produce a total term of 150 months.

Except as otherwise provided, all provisions of the judgment dated ___December 2, 2015___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: JAN. 25, 2024

Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*

Effective Date: February 1, 2024
*(if different from order date)*